```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ARIEL ZUCKERMAN,                                             :
                              Plaintiff,                      :
                                                              :
            -against-                                         :
                                                              :     20-CV-8742 (VEC)
GW ACQUISITION LLC D/B/A G&W                                  :
INDUSTRIES, MICHAEL MARINOFF, IN HIS                          :     ORDER
INDIVIDUAL AND PROFESSIONAL                                   :
CAPACITIES, AND ALBERT MALEH, IN HIS                          :
INDIVIDUAL AND PROFESSIONAL                                   :
CAPACITIES.,                                                  :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on December 18, 2020, Defendants filed a Motion to Dismiss, Dkt. 25; and

   WHEREAS on January 8, 2021, Plaintiff filed an Amended Complaint, Dkt. 30;

   IT IS HEREBY ORDERED that Defendants Motion to Dismiss is denied as moot.

   The Clerk of Court is respectfully directed to terminate the open motion at docket entry

25.

**SO ORDERED.**

Date:  January 8, 2021                              _____
       New York, New York                                 **VALERIE CAPRONI**
                                                       **United States District Judge**