USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ARIEL ZUCKERMAN,  :
                        Plaintiff,  :
   :
        -against-  :
   :   20-CV-8742 (VEC)
GW ACQUISITION LLC D/B/A G&W  :
INDUSTRIES, MICHAEL MARINOFF, IN HIS  :   ORDER
INDIVIDUAL AND PROFESSIONAL  :
CAPACITIES, AND ALBERT MALEH, IN HIS  :
INDIVIDUAL AND PROFESSIONAL  :
CAPACITIES.,  :
   :
                     Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 22, 2021, the parties appeared for an initial pretrial conference;

IT IS HEREBY ORDERED that Defendants' request to stay discovery pending the resolution of a forthcoming Motion to Dismiss is DENIED.

IT IS FURTHER ORDERED that Plaintiff must provide HIPAA-compliant medical release authorizations to Defendants by no later than **Friday, January 29, 2021**. Discovery of medical records is limited to five years of mental health records and two years of physical health records, including from Plaintiff's internist and OBGYN. The Court will enter a case management plan by separate order. The parties are further reminded that in the event of a discovery dispute, they must follow Rule 3(B) of the undersigned's Individual Practices in Civil Cases.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge or a referral to the Court-annexed mediation program, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date: January 22, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**