```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARIEL ZUCKERMAN,                              :
                         Plaintiff,   :
                                :
            -against-                :        20-CV-8742 (VEC)
                                :
GW ACQUISITION LLC D/B/A G&W                  :
INDUSTRIES, MICHAEL MARINOFF, IN HIS          :           ORDER
INDIVIDUAL AND PROFESSIONAL                   :
CAPACITIES, AND ALBERT MALEH, IN HIS          :
INDIVIDUAL AND PROFESSIONAL                   :
CAPACITIES.,                                  :
                                :
                      Defendants.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 29, 2021, Plaintiff's counsel called Chambers to inform the Court of ongoing discovery disputes;

       IT IS HEREBY ORDERED that a telephone status conference is scheduled for **Friday, April 2, 2021, at 2:00 P.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 8742.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  March 29, 2021
       New York, New York

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**