USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ARIEL ZUCKERMAN,                                               :
                                    Plaintiff,                 :
                                                               :
            -against-                                          :
                                                               :         20-CV-8742 (VEC)
GW ACQUISITION LLC D/B/A G&W                                   :
INDUSTRIES, MICHAEL MARINOFF, IN HIS                           :         ORDER
INDIVIDUAL AND PROFESSIONAL                                    :
CAPACITIES, AND ALBERT MALEH, IN HIS                           :
INDIVIDUAL AND PROFESSIONAL                                    :
CAPACITIES.,                                                   :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 2, 2021, the parties appeared for a telephonic status conference to discuss ongoing discovery disputes;

IT IS HEREBY ORDERED that by no later than **Tuesday, April 6, 2021**, the parties must file a stipulated protective order governing discovery in this matter. If the parties are unable to agree upon a proposed protective order, by that same date, the parties must file a joint letter wherein each side proposes their version of the disputed provisions for the Court to consider. In one way or another, a protective order in this matter will be entered by close of business on Tuesday, April 6, 2021.

IT IS FURTHER ORDERED that Defendants' productions other than ESI, responsive to Plaintiff's previously served discovery requests, are due no later than **Thursday, April 8, 2021**.

IT IS FURTHER ORDERED that by no later than **Tuesday, April 6, 2021**, the parties must file a joint letter confirming that they have agreed upon a list of search terms for ESI. If the

parties are unable to agree upon a list of search terms, by the same date, the parties must file a joint letter listing the disputed search terms.

IT IS FURTHER ORDERED that by no later than **Friday, April 9, 2021**, Defendants must file a letter updating the Court on the status of the production of (i) Plaintiff's emails in native format; (ii) ESI resulting from Defendants' running of the agreed upon or Court ordered search terms; and (iii) any remaining documents.  Upon review of Defendants' letter, the Court will decide Plaintiff's request for an extension of the fact discovery deadline.

IT IS FURTHER ORDERED that the parties must file a joint letter on the status of discovery on the first business day of each month.  The next such joint letter is due no later than **Monday, May 3, 2021**.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge or a referral to the Court-annexed mediation program, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date:   April 2, 2021**
          New York, New York

_____
          **VALERIE CAPRONI**
          **United States District Judge**