USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ARIEL ZUCKERMAN,          :
                          Plaintiff,    :
                                     :
             -against-                  :
                                     :        20-CV-8742 (VEC)
GW ACQUISITION LLC D/B/A G&W    :
INDUSTRIES, MICHAEL MARINOFF, IN HIS    :       ORDER
INDIVIDUAL AND PROFESSIONAL         :
CAPACITIES, AND ALBERT MALEH, IN HIS    :
INDIVIDUAL AND PROFESSIONAL         :
CAPACITIES.,         :
                                     :
                        Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 6, 2021, the parties informed the Court that they are unable to agree on a list of search terms for ESI, Dkt. 59;

IT IS HEREBY ORDERED that the parties must appear for a conference to resolve the dispute on **Tuesday, April 13, 2021, at 2:00 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that by no later than **Friday, April 9, 2021**, Defendants must file a letter updating the Court on the status of the production of (i) Plaintiff's emails in native format and (ii) Defendants' productions other than ESI. The Court will decide Plaintiff's request for an extension of the fact discovery deadline at the April 13, 2021 conference.

IT IS FURTHER ORDERED that the Defendants must confer with their ESI contractors and have, in advance of the conference, the estimated cost of using all of the Plaintiff's requested search terms as compared to the cost of using the Defendants' proposed search terms. In

addition, Defendants must discuss with their ESI contractors the anticipated length of time it would take to run each set of search terms (i.e., Plaintiff's list and Defendants' list).

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 8742. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date: April 7, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.