

NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021



**Innessa M. Huot**
ihuot@faurqilaw.com

April 8, 2021

**VIA ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   *Ariel Zuckerman v. GW Acquisition LLC, et al.,* No. 1:20-cv-08742

Dear Judge Caproni,

We represent Plaintiff in the above-referenced matter and write with Defendants' consent to respectfully request an adjournment of the parties' conference on April 13, 2021 at 2:00 p.m. *See* ECF No. 62.

Plaintiff's counsel is not available from April 13 to April 15, 2021 due to being scheduled to receive the COVID vaccine as well as other scheduling conflicts. After conferring with Defendants' counsel, the parties respectfully propose that the conference be adjourned to any of the following dates, at any time that is convenient for the Court: April 16, 19, 27, or 30. This is the parties' first request for an adjournment of this conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Innessa M. Huot*

Innessa M. Huot

Cc:   Counsel of Record (*via* ECF)

---

Application DENIED without prejudice. By no later than **Friday, April 9, 2021**, Plaintiff's counsel must provide additional information about counsel's unavailability on Tuesday, April 13, 2021. The explanation must include the date and time of the COVID vaccine appointment, whether it is for dose one or dose two, and any other conflicts preventing the Court from holding the conference on that date.

SO ORDERED.

*/s/ Valerie Caproni*

Date: April 8, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

685 THIRD AVENUE  NEW YORK, NY 10017  PHONE: 212.983.9330  FAX: 212.983.9331  EmployeeRightsCounsel.com  FaruqiLaw.com