NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

**Alex J. Hartzband**
ahartzband@faruqilaw.com

April 9, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

   Re: *Ariel Zuckerman v. GW Acquisition LLC, et al.*, No. 1:20-cv-08742-VEC

Dear Judge Caproni:

  We represent Plaintiff in the above-referenced action and write, pursuant to the Court's April 8, 2021 Order (*see* ECF No. 64), to respectfully renew Plaintiff's request to adjourn the parties' conference on April 13, 2021 at 2:00 p.m. *See* ECF No. 62.

  As noted in our previous submission, Plaintiff's counsel is not available from April 13 through April 15. Specifically, I will be receiving my second dose of the COVID-19 vaccine on April 13 at 9:15 a.m. Because I suffered significant side effects after the first dose, I am expecting even stronger side effects after the second that may last through April 14. On April 15, I am scheduled to appear for an initial conference in another matter (*see Goins v. BB&T Sec., LLC, et al.*, No. 1:20-cv-09891-PGG-JLC (S.D.N.Y.), ECF No. 23, followed by a mediation that will likely last through the close of business.

  Ms. Huot—the lead attorney on this matter, and the only other attorney for Plaintiff who has participated in the parties' negotiations regarding the ESI protocol to be discussed during the conference—will be undergoing and recovering from a medical procedure she would prefer not to disclose in a public filing. Ms. Huot is available to call the Court to advise as to the nature of the procedure if Your Honor so requires.

  After conferring with Defendants' counsel regarding their availability, Plaintiff respectfully proposes that the conference be adjourned to any of the following dates, at any time that is convenient for the Court: April 16, 19, 27, or 30. This is the second request for an adjournment of this conference. Defendants consent to this request.



<div style="text-align:right">
The Honorable Valerie E. Caproni<br>
April 9, 2021<br>
Page 2
</div>

We thank the Court for its time and attention to this matter.

<div style="text-align:right">
Respectfully submitted,<br>
<br>
Alex J. Hartzband
</div>

Cc: Counsel of Record (*via* ECF)

---

The conference currently scheduled for Tuesday, April 13, 2021 at 2:00 P.M. is hereby adjourned to **Tuesday, April 27, 2021, at 11:00 A.M.**  The parties should consult the Court's April 7, 2021 Order for information about what the parties should prepare in advance of the conference and about courthouse entry requirements.  *See* Order, Dkt. 62.  The public dial in information for interested members of the public remains the same.  *Id.*

SO ORDERED.

Date: April 9, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE