


NEW YORK     CALIFORNIA     DELAWARE     GEORGIA     PENNSYLVANIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021

Innessa M. Huot
ihuot@faurqilaw.com

May 21, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>*Ariel Zuckerman v. GW Acquisition LLC, et al.,*</u> No. 1:20-cv-08742

Dear Judge Caproni,

      We represent Plaintiff and write jointly with Defendants to request a brief four (4) day adjournment of the deadline for the parties to submit a joint letter regarding the ESI search terms that the parties were not able to agree upon, from Friday, May 21, 2021 to Thursday, May 27, 2021. ECF No. 68 at 2.

      The parties are working diligently in an attempt to reach an agreement on the ESI search terms and are hopeful that the additional time will allow the parties to resolve this issue or at least significantly narrow the disputed terms for the Court's review.

      As such, the parties respectfully request a brief adjournment of the deadline from May 21, 2021 to May 27, 2021. This is the parties' first request for an adjournment of this deadline.

      The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Innessa M. Huot*

Innessa M. Huot

Cc:    Counsel of Records (*via* ECF)

---

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*

Date: May 24, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

685 THIRD AVENUE  NEW YORK, NY 10017  PHONE: 212.983.9330  FAX: 212.983.9331  EMPLOYEERIGHTSCOUNSEL.COM  FARUQILAW.COM